406

**RATH PACKING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 13115.

Circuit Court of Appeals, Eighth Circuit.

June 25, 1945.

Alden, Latham & Lutkin and Hubert Van Hook, all of Chicago, Ill., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

PER CURIAM.

Petition to review decision of the Tax Court of the United States docketed and dismissed, without the taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

**UNITED STATES of America, Appellee, v. Frank MADAFFER, Appellant.**

No. 8832.

Circuit Court of Appeals, Third Circuit.

Argued July 25, 1945.

Decided Aug. 2, 1945.

Writ of Certiorari Denied Nov. 5, 1945.

See 66 S.Ct. 139.

Edward E. Petrillo, of Erie, Pa., for appellant.

Edward C. Boyle, of Pittsburgh, Pa., (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, WALLER, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

**Vincent J. SQUILLANTE, Appellant, v. UNITED STATES of America, Appellee.**

No. 11068.

Circuit Court of Appeals, Ninth Circuit.

June 8, 1945.

G. V. Weikert, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and Wm. Worthington, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and by direction of the Court, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court issue forthwith.

**UNITED STATES of America v. ONE 1939 OLDSMOBILE COUPE MOTOR NO. J-40241 (FIRST NATIONAL BANK OF PONCA CITY, OKLAHOMA, Intervener).**

No. 3183.

Circuit Court of Appeals, Tenth Circuit.

June 29, 1945.

Robert E. Shelton, Asst. U. S. Atty., of Oklahoma City, Okl., for appellant.

Richardson, Shartel, Cochran & Pruet, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.